UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    PLAINTIFF  )<br>    )<br>v.  )  CASE NO: 4:07-CR-014-VEH-JEO<br>  )<br>RALPH WILSON KNIGHT, )<br>    DEFENDANT  ) | |

## MOTION TO COMPEL DISCLOSURE OF EXISTENCE AND SUBSTANCE OF PROMISES OF IMMUNITY, LENIENCY OR PREFERENTIAL TREATMENT

Comes now, Ralph Wilson Knight, Defendant herein, by and through his/her attorney of record, James L. O'Kelley, and respectfully moves this Honorable Court for an Order requiring the Government to disclose to the Defendant's attorney, no later than ten (10) days prior to trial herein, the following information:

The existence, substance and the manner of execution or fulfillment of any promises, agreements, understanding or arrangements, either verbal or written between the Government and any prosecution witness, or his or her attorney or representatives within the Government as agreed:

(a) Not to prosecute the witness for any crime or crimes;

(b) To provide a formal grant of statutory immunity, or to provide an informal assurance that the witness will not be prosecuted, in connection with any testimony given by him or her;

(c) To recommend leniency in a sentencing in a crime or crimes for which he or she is convicted;

(d) To recommend a particular sentence for any crime or crimes for which he or she is convicted or charged;

(e)   To provide favorable treatment or consideration to the witness or to friends or relatives of the witness in return for the witness's cooperation in testimony;

(f)   To make other recommendations of benefit or give any other consideration to him or her;

(g)   To assist or facilitate in any way in the disposition of any crime charge brought or to be brought against the witness in any federal, state or local Government agency or unit.

s/ James L. O'Kelley
ASB-2034-L70J
Attorney for Defendant
300 Park Place Tower
Birmingham, AL 35203

(205) 252.9551
Fax: (205) 581.8022
E-mail: jimokelley@bellsouth.net

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon Assistant United States Attorney Vince Carroll, by electronic mail on this the  2nd  day of February, 2007.

s/ James L. O'Kelley