IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO.: 4:07-CR-0014-VEH-JEO |
| ) | |
| RALPH WILSON KNIGHT, ) | |
|     DEFENDANT. ) | |

## DEFENDANT'S OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

Comes now your defendant, by and through the undersigned counsel of record, and by way of objection/clarification to the Pre-sentence Investigation Report disclosed in this matter states as follows:

1. Page 2 and Page 8, Item 24: By way of clarification, defendant states that his date of birth is October 10, 1960, not October 10, 1969. His correct age is 46 years.

2. Page 8, Item 28: Regarding defendant's physical condition, he would like the Pre-sentence Investigation Report to reflect that at the time of his arrest, he was seeing an eye specialist for possible glaucoma.

3. This objection, while possibly affecting sentencing guideline range calculations, does not affect the mandatory minimum sentence called for in this case. Further, while defendant has not requested counsel to raise this objection, counsel is compelled to raise the same. This objection goes to the two level enhancement pursuant to U.S.S.G. Section 2G1.3(b)(2)(B). There, it is contended that the defendant "unduly influenced the minor to engage in prohibited sexual conduct." With all due respect to the minor involved in this case, the facts of the case show that she was not unduly influenced in any way to engage in prohibited sexual conduct. Counsel would suggest that any argument on this motion be had in chambers.

4. Page 7, Item 17: The adjusted offense level should be 26.

5. Page 7, Item 19: The total offense level should be 23.

6. Page 10, Item 40: Based on a total offense level of 23 and a criminal history category of I, the guideline range for imprisonment would ordinarily be 46-57 months.

s/ James L. O'Kelley<br>
Attorney for Defendant<br>
300 Park Place Tower<br>
Birmingham, AL 35203<br>
<br>
Telephone: (205) 252.9551<br>
E-mail: jimokelley@bellsouth.net

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon Assistant United States Attorney Vince Carroll by Electronic Filing on this the 31st day of May, 2007.

s/ James L. O'Kelley