## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

**vs.**                                 **4:07-CR-14-VEH-JEO**

**RALPH WILSON KNIGHT,**
               **Defendant.**

## ORDER TO SHOW CAUSE

      The court has before it a "Motion of Course for pretrial discovery," doc. 20, filed *pro se* by Defendant Ralph Wilson Knight, in which he requests a "detailed list of any and all personal property and personal items inventoried and removed from his residence on 17 Jan 07." The Government is **ORDERED** to **SHOW CAUSE**, in writing, **by Friday, February 28, 2014**, why they should not provide the defendant with such list by **Friday, March 14, 2014.**

      **DONE** this <u>14th </u>day of February, 2014.

                                                   *[signature]*

                                   **VIRGINIA EMERSON HOPKINS**
                                   United States District Judge