IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

MIDDLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:07-CR-14-VEH-JEO |
| | ) | |
| RALPH KNIGHT | ) | |

### RESPONSE TO MOTION FOR PRETRIAL DISCOVERY

COMES NOW the United States Attorney for the Northern District of Alabama, Joyce White Vance, and the undersigned Assistant United States Attorney, Laura D. Hodge, and responds in opposition to the defendant's motion for pretrial discovery. The United States submits that the defendant is not entitled to discovery based on the following:

The defendant was indicted on February 1, 2007. He pled guilty on March 20, 2007. He was sentenced on June 25, 2007. The criminal case is closed. The instant discovery request is outside the scope of Federal Rule of Criminal Procedure 16 which controls discovery and inspection in criminal cases.

Accordingly, the United States submits that this request should be denied.

1

Respectfully submitted this the 28th day of February, 2014.

> JOYCE WHITE VANCE
> United States Attorney

> */s/ electronic signature*
> LAURA D. HODGE
> Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed with the Court via the Court's electronic filing system and that a copy of same has been served on the defendant by placing same in the United States Mail with adequate postage thereon and properly addressed, this the 28th day of February, 2014.

> */s/ electronic signature*
> LAURA D. HODGE
> Assistant United States Attorney