PROB 12B
10/05

FILED
2015 Oct-23 AM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **Name of Offender:** | Ralph Wilson Knight |
| **Case Number:** | 4:07-CR-14-VEH-JEO |
| **Name of Sentencing Judicial Officer:** | Honorable Virginia Emerson Hopkins |
| **Date of Original Sentence:** | June 22, 2007 |
| **Original Offense:** | Count 1: 18 U.S.C. § 2422(b), Attempted Enticement of a Minor |
| **Original Sentence:** | 120 months custody; 360 months supervised release |
| **Type of Supervision** | Supervised Release |
| **Date Supervision Commenced:** | October 6, 2015 |

**Petitioning the Court**

☐ To extend the term of supervision for years, for a total term of years.

☑ To modify the conditions of supervision as follows:

**The Court is asked to ADD the following special conditions:**

8) The defendant shall participate in the mental health aftercare program including a psychosexual evaluation and counseling if deemed necessary and comply with the conditions of the sex offender contract under the guidance and supervision of the U. S. Probation Officer. If able, the defendant shall be required to contribute to the cost of services for such treatment.

9) The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

10) The defendant is prohibited to use an electronic bulletin board system, services that provide access to the Internet, or any public or private computer network. The defendant will obtain written approval from the Court to possess or use any computer at any location including employment. The defendant will permit routine inspection of any computer systems, hard drives, and other media storage materials by the United States Probation Office to confirm compliance with this condition. This inspection shall be no more intrusive than is necessary to ensure compliance with this condition. Any computer system which is accessible to the defendant is subject to inspection. The defendant will permit confiscation

PROB 12B

2

Request for Modifying the
Conditions or Terms of Supervision
with consent of the Offender

**Name of Offender: Ralph Wilson Knight**  Case Number: 4:07-CR-14-VEH-JEO

and/or disposal of any material considered contraband.

**CAUSE**:

Mr. Knight is a long time resident of the Northern District of Georgia, and as such, was released to supervision there. He is being supervised by USPO Phillip Weaver who can be reached at 404-215-1942.

Mr. Weaver requests the above conditions be added to Mr. Knight's supervision, in keeping with their district's sex offender policy.

In addition, Mr. Weaver has requested transfer of jurisdiction of Mr. Knight's case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: October 22, 2015

/s
Lydia D. Carpenter
Supervising U.S. Probation Officer
(205) 716-2925

Approved By: /s
James Cardwell
Supervising U.S. Probation Officer

**THE COURT ORDERS**

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

PROB 12B                                           3                              **Request for Modifying the**
                                                                              **Conditions or Terms of Supervision**
                                                                                    **with consent of the Offender**

**Name of Offender: Ralph Wilson Knight**                              Case Number: 4:07-CR-14-VEH-JEO

                                                  _/s/ VEHopkins_
                                                  **VIRGINIA EMERSON HOPKINS**
                                                  United States District Judge

                                                  October 23, 2015
                                                                 Date: